IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2008 MAR 17 A 8:44

AIS #149852

Ricky Luther Ellington
_____
Full name and prison number
of plaintiff(s)

v.

Ms. Chambers
_____

Sgt. Iyles
_____

LT. Jones
_____

Sgt. fabb
_____

Captain, Welch
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:08CV183-F
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  E-1, lockdown

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Lee County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

**NAME**                                **ADDRESS**

1. Ms. Chambers
2. LT. Jones
3. Captain Welch
4. Major Torbert
5. SGT. Tabb
6. SGT. Iyles

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  March -08 6-7-8-9-10

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I'm being held in a one man cell which has no running water and the toilet leak's all day and night

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

I got up to use the bathroom in the middle of the night and sliped in the water on the floor and I slid into the sink and hit my knee. I have put in two Requestes to see the nurse and I cant get no help. They dont let me get no outside rec or anything.

**GROUND TWO:** When I sliped I tryed to call an officer but couldnt get in touch with one. I had to lay on the floor all night.

**SUPPORTING FACTS:**

**GROUND THREE:**

**SUPPORTING FACTS:**

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*I'm A State Inmate And I would like to go ahead And be sent to Prison, And would like to be rewarded $50,000. For Pain and Suffering. Thank You.*

*[signature]*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  3-13-08 .
(Date)

*[signature]*
Signature of plaintiff(s)

4



Ricky Ellington
P.O. Box 2407
Opelika, AL. 36801

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama. 36101-0711

Official Business

36101+0711