IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| RICKY LUTHER ELLINGTON, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 3:08-cv-0183-MEF |
| | ) |
| MS. CHAMBERS, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

# **O R D E R**

On April 7, 2008, the Magistrate Judge filed a Recommendation (Doc. #3) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation of the Magistrate Judge (Doc. # 3) is ADOPTED.

2. The case is DISMISSED without prejudice for plaintiff's failures to prosecute this action and comply with the orders of this court.

DONE this the 28th day of April, 2008.

                                          /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE