IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| RICKY LUTHER ELLINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:08-cv-0183-MEF |
| | ) |
| MS. CHAMBERS, *et al.*, | ) (WO- Do Not Publish) |
| | ) |
| Defendants. | ) |

# FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the Court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff and that this action is DISMISSED without prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 28th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE